IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LANDIS DALE JOSEPH SPEIGHT,

    Plaintiff,

    v.

XEROX CORPORATION,

    Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-988-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for the Plaintiff's failure to file his complaint within 90 days of receipt of his notice of right to sue letter from the EEOC. None of the facts set forth in the Plaintiff's Objections allow equitable tolling of the 90 day filing limitation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of April, 2018.

                                  /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge